IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03299-GPG

CRAIG S. LIGGINS,

    Plaintiff,

v.

BLUEKNIGHT ENERGY PARTNERS, LP,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED December 8, 2014, at Denver, Colorado.

                BY THE COURT:

                S/ Gordon P. Gallagher

                United States Magistrate Judge