# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-03299-LTB-KMT

CRAIG S. LIGGINS,

      Plaintiff,

v.

BLUEKNIGHT ENERGY PARTNERS, LP,

      Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 49 - filed June 15, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   June 16, 2015